UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTONOUS Q. KINGDOM, | Case No. 2:23-cv-0874-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| G. HERRERA, | |
| Defendant. | |

Defendant moves to stay this action pursuant to the Servicemembers' Civil Relief Act, 50 U.S.C. § 3932(b)(2), because he is actively deployed. ECF No. 33. Plaintiff has filed no opposition. Defendant has complied with Act's requirements, and the court finds that a stay is warranted. Defendant's motion is granted. Defendant shall file a status report every forty-five days and within fourteen days of the end of his deployment.

Accordingly, it is hereby ORDERED that:

1. Defendant's motion to stay, ECF No. 33, is GRANTED. The Clerk of Court is directed to administratively stay this matter.

2. Defendant shall file a status report every forty-five days and within fourteen days of the end of his deployment.

IT IS SO ORDERED.


Dated:    April 29, 2025                              _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE