UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTONOUS Q. KINGDOM, | Case No. 2:23-cv-0874-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| G. HERRERA, | |
| Defendant. | |

Plaintiff has filed a motion for extension of time to file to respond to defendant's September 19, 2025, motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 42, is GRANTED; and

2. Plaintiff is granted forty-five days from the date of this order in which to file an opposition to defendant's motion for summary judgment, ECF No. 39.

IT IS SO ORDERED.

Dated:   October 7, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE