# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

MILTONOUS Q. KINGDOM,  Case No. 2:23-cv-0874-JDP (P)

      Plaintiff,

  v.

                                  **ORDER & WRIT OF HABEAS CORPUS**

G. HERRERA                         **AD TESTIFICANDUM**

      Defendant.

—————————————————————/

Miltonous Q. Kingdom, CDCR # K-98287, a necessary and material witness in a settlement conference in this case on July 9, 2026, is confined in the Correctional Training Facility (CTF), in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dennis M. Cota, by Zoom video conference from his place of confinement, on Thursday, July 9, 2026 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the Correctional Training Facility at (831) 678-5866 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jodi Palmer, Courtroom Deputy, at jpalmer@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CTF, P. O. Box 686, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Cota at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   May 12, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE