UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTONOUS Q. KINGDOM, Plaintiff, v. G. HERRERA, Defendant. | No. 2:23-cv-0874-TLN-JDP ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 24, 2026, the magistrate judge filed findings and recommendations that both Plaintiff and Defendant's motions for summary judgment be denied, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 60.) Defendant filed objections to the findings and recommendations, and the Court has considered those objections herein.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

analysis.

The Court notes that Defendant does correctly point out that the magistrate judge relied, in small part, on Plaintiff's unauthorized "Brief in Opposition" (ECF No. 47), which was filed after his opposition (ECF No. 44) and to which Defendant did not have an opportunity to respond. The magistrate judge relied on this unauthorized pleading to note Plaintiff's allegation that Defendant's use of force was "agitated" and "hostile" and involved the unnecessary twisting of Plaintiff's wrist. (ECF No. 47-1 at 6–7.) These allegations are functionally the same, however, as those in the operative complaint, where Plaintiff claims that, despite offering no resistance, Defendant began twisting his restrained hand and got "very aggressive." (ECF No. 1 at 3.) Accordingly, the Court finds Defendant had notice of Plaintiff's claim that the use of force was unnecessary and was not prejudiced by being unable to respond to the portion of the "Brief in Opposition" that the magistrate judge relied upon.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 24, 2026 (ECF No. 60) are ADOPTED in full;

2. Plaintiff's dispositive motion (ECF No. 38) and Defendant's motion for summary judgment (ECF No. 39) are DENIED.

3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Date: August 11, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE